FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAY 20 2019 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ADRIANA TORRES, *individually and on behalf of*
*A.A.M., an infant,*

                      Plaintiffs,

     v.

STATE OF NEW YORK, *et al.*,

                      Defendants.
------------------------------------------------------------X

**ORDER**
15-CV-5367 (WFK) (RLM)

**WILLIAM F. KUNTZ, II, United States District Judge:**

On April 18, 2019, Chief Magistrate Judge Roanne L. Mann filed a *sua sponte* Report and Recommendation recommending this Court find *pro se* plaintiff Adriana Torres competent and deny the motion for appointment of a guardian under Rule 17(c) of the Federal Rules of Civil Procedure. Plaintiffs have not filed any objections. The Court accordingly ADOPTS Chief Magistrate Judge Mann's Report and Recommendation.

                      SO ORDERED.

                      s/WFK
                      HON. WILLIAM F. KUNTZ, II
                      United States District Judge

Dated: Brooklyn, New York
      May 17, 2019

1